Case 1:23-cr-00060-JMC   Document 1-1

Case: 1:22-mj-00280
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/16/2022
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, Ronald Hornback, is a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Indianapolis Field Office – New Albany Residence Agency. I work on the Safe Streets Violent Crime Taskforce. I investigate violations of federal law which primarily include violent crimes. This includes investigations related to criminal acts of domestic terrorism. I have completed training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to This Subject

On or about January 12, 2021, a member of the FBI Louisville Field Office observed a local news station, WDRB, broadcast a story that detailed that a local citizen, William Glynn Keen a.k.a. Bill Keen (KEEN), had travelled to Washington, D.C. and entered the U.S. Capitol building. According to news article posted by WDRB, a Louisville, Kentucky-based television station, "Keen became known to WDRB News and others in Louisville over the summer as he videoed and streamed protests over the fatal shooting of Breonna Taylor at the hands of police. He reached out to WDRB News on Thursday to share the videos and his story from the Capitol but then reneged on Friday — unless his identity was kept anonymous. After WDRB News pushed forward anyway, Keen agreed to an interview."[1]

KEEN provided WDRB video of himself filming both outside and inside the U.S. Capitol building on January 6, 2021. The video recording included footage of KEEN at the front doors to the Speaker's Lobby. The Speaker's Lobby is a long corridor featuring portraits of past House speakers located directly outside the House chamber. WDRB also aired the video footage provided by KEEN which displayed a portion of the shooting death of Ashli Babbitt as she was trying to enter the Speaker's Lobby.

On January 15, 2021, an FBI special agent telephoned KEEN and requested he come in for an interview. KEEN agreed, and later that day came to the FBI's office in New Albany, Indiana and met with me to discuss his visit to Washington, D.C. on January 6, 2021.

KEEN described himself as a member of independent media. However, KEEN admitted he has no formalized training in reporting and no official media credentials.

KEEN said he heard about the event in Washington, D.C. on January 6, 2021, a few days before, while he was attending a protest at the home of Senator Mitch McConnell in Louisville, Kentucky. KEEN mentioned he streamed that event via Facebook Live. KEEN stated it was there he learned the Electoral College votes from the 2020 Presidential Election would be certified by the government and that President Trump would be speaking.

KEEN stated he drove to Washington, D.C. on January 5, 2021 in his car by himself. On the morning of January 6, 2021, KEEN went to the area where the President would be speaking, which he referred to as "the eclipse." KEEN said he wore a black leather coat to Washington. He

---

[1] https://www.wdrb.com/news/louisville-man-records-video-of-fatal-shooting-inside-us-capitol-during-pro-trump-riot/article_8079e90a-521e-11eb-bbd4-c7a012193954.html

said he made a card that read "press" and taped it to the front and back of his leather jacket. Video footage from within the U.S. Capitol shows the words "PARROT MEDIA" on the back of KEEN's jacket; however, KEEN admitted he has no affiliation with any news outlet. KEEN said he used his personal cell phone to document the events.

KEEN stated he was in the area of "the eclipse" during President Trump's speech. He attempted to stream the events via Facebook Live, but was unable due to poor cellular service. KEEN stated he ended up recording as much as he could from his phone. At some point the crowd started moving towards the direction of the U.S. Capitol building. KEEN stated he started moving with the crowd.

KEEN stated that he ended up at the steps to the U.S. Capitol building without resistance from law enforcement. KEEN was near an entrance where scaffolding was present. KEEN stated he walked by several police officers and even interacted with them.

In the area of the scaffolding, KEEN stated that he observed some violence, such as police officers deploying tear gas and an officer being assaulted by three individuals.

KEEN entered the U.S. Capitol building through a temporary door located within the scaffolding. KEEN claimed the door did not appear to be breached. KEEN travelled around the U.S. Capitol building with several different groups. KEEN described his recollection of events inside the U.S. Capitol building which included recording a shooting incident.

On January 19, 2021, I met with KEEN and he voluntarily provided the video recordings he captured during his time in Washington, D.C.  The FBI has reviewed the videos provided by KEEN and confirmed KEEN was inside the U.S. Capitol building on January 6, 2021. A portion of the videos captured the face of KEEN inside the building or as he immediately exited the U.S. Capitol (See photos 1 & 2).

*Photo 1*          *Photo 2*



Moreover, KEEN provided a video from inside the U.S. Capitol building at the front doors to the Speaker's Lobby (See Photo 3). Your affiant heard KEEN's voice on several occasions during the video. The FBI observed this video captured the moment when Ashli Babbitt was shot and killed by U.S. Capitol Police as she was trying to enter the Speaker's Lobby.

*Photo 3*



Another video displayed KEEN being escorted out of the building after he exited a bathroom located inside the U.S. Capitol building. At the end of this video, KEEN is depicted as he exits the building and points the camera on his cellular device towards himself, making his face clearly viewable as depicted in Photo 2.

I have reviewed U.S. Capitol Police Closed Circuit Television (CCTV) footage from inside the U.S. Capitol building on January 6, 2021. Based on my interactions with KEEN on January 15, 2021 and January 19, 2021, I observed KEEN inside the U.S. Capitol building for approximately 40 minutes in the above-described CCTV footage. KEEN is observed holding up a "selfie-stick" with a cell phone attached on the end throughout his path through the Capitol building.

I first observed KEEN near the Senate Wing Doors at approximately 2:17 p.m. where he appears to film the crowd entering there and where he smokes a ciagerette. (Photo 4) .



*Photo 4*

By approximately 2:28 p.m. KEEN is captured on CCTV walking through Statuary Hall West and into the Statuary Hall Connector. KEEN travels with a large crowd through the main hallway and up the East Stairs to the Upper House Doors. (Photo 5)



*Photo 5*

It's near this area where KEEN captures footage on his phone of the Ashli Babbit shooting. KEEN is captured on numerous open source recordings taken from that area near the time of the shooting. After the shooting, KEEN continues to hold up his phone on the selfie-stick as he walks back out the way he came, eventually exiting from the East Front House Doors at approximately 2:57 p.m. (Photo 6)



*Photo 6*

Based on the foregoing, your affiant submits that there is probable cause to believe that William Glynn Keen violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes

or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that William Glynn Keen violated 40 U.S.C. § 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Ronald A. Hornback, Jr.
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of December 2022.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE