IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

United States of America

      v.            Docket No. 1:23-CR-60-JMC

William Keen

### Defendant's First Motion to Continue Sentencing

Mr. Keen, through counsel, respectfully requests the court continue the currently scheduled sentencing date. Mr. Keen's counsel requires additional time to prepare for sentencing, given scheduling conflicts and the demands other pending cases, both in trial courts and in courts of appeal. Counsel is currently in a jury trial in this district in another January 6 case that begins October 2 in front of the Honorable Judge Contreras. That case has occupied a substantial amount of counsel's available time in the past few weeks. *See* 1:21-CR-35-RC. Counsel is also currently scheduled to be in a jury trial in Lynchburg, Virginia, on the date of this sentencing. In full candor to the court, that trial (in Lynchburg) is likely to be continued, but it is currently still set to begin on October 12. Additionally, counsel has undergone significant personal upheaval in the past month and has undergone housing instability as a result. Should the court request, counsel can provide additional information on this matter under seal and off the public record, so as not to cloud Mr. Keen's record. Counsel requested the position of the government, but as of this filing, has not received a response. This is Mr. Keen's first request for a continuance of his sentencing hearing.

Respectfully submitted,
/s/ Benjamin Schiffelbein
210 First Street, Roanoke VA 24011
Benjamin_Schiffelbein@fd.org
540 777 0880